**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| MOLLY FULWILER, *et al.*, | : | Case No. 3:26-cv-00361 |
| Plaintiff, | : | |
| | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| LIBERTY MUTUAL GROUP, INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEFICIENCY AND ORDER

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2). Plaintiffs Molly Fulwiler and Dustin Williams have not filed diversity disclosure statement(s) as required by that Rule. They are therefore **ORDERED** to file such statement(s) no later than fourteen days from the date of this Order. A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge